JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |
|---|---|
| RUDY OVIEDO GUADRON.<br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br>Defendants. | No. 5:26-cv-01862-BFM<br><br>**JUDGMENT** |

Pursuant to the Order Granting Petition (ECF 9), IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Petition (ECF 1) is granted. The Clerk of Court is directed to close this case.

DATED: 04/24/2026

_____
HON. BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE